UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORINE VINA SMITH,<br><br>             Plaintiff(s),<br>    v.<br><br>SECURIAN LIFE INSURANCE COMPANY, et al.,<br><br>             Defendant(s). | CASE NO. C25-0328-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT |

The parties have filed a stipulated motion to extend Defendant Securian Life Insurance Company's deadline to respond to the complaint from March 19, 2025, to March 26, 2025. Dkt. No. 11. The Court finds good cause and GRANTS the motion. Defendant shall respond to the complaint no later than March 26, 2025.

Dated this 20th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT - 1