UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORINE VINA SMITH,<br><br>               Plaintiff(s),<br>   v.<br><br>SECURIAN LIFE INSURANCE COMPANY, et al.,<br><br>               Defendant(s). | CASE NO. C25-0328-KKE<br><br>ORDER VACATING EARLY CASE DEADLINES |

The parties have notified the Court that they have settled this case and intend to file a stipulated dismissal with prejudice when settlement is perfected. Dkt. No. 17. The early case deadlines (Dkt. No. 16) are hereby VACATED.

Dated this 5th day of May, 2025.

*Kymberly K Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER VACATING EARLY CASE DEADLINES - 1