UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORINE VINA SMITH,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>SECURIAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C25-0328-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The Court GRANTS the parties' stipulated motion to dismiss this action (Dkt. No. 19), and ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without an award of fees or costs to any party.

Dated this 21st day of May, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1